UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SOUTER, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE COMPANY; EDGEWELL PERSONAL CARE BRANDS, LLC; and EDGEWELL PERSONAL CARE, LLC,<br><br>  Defendants. | Case No.: 20-CV-1486 TWR (BLM)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITS**<br><br>(ECF No. 15) |

Presently before the Court is Defendants Edgewell Personal Care Company; Edgewell Personal Care Brands, LLC; and Edgewell Personal Care, LLC's Application for Leave to File Memorandum in Excess of Page Limits ("Mot.," ECF No. 15), in which Defendants request leave to file a twenty-eight-page memorandum of points in authorities in support of their anticipated motion to dismiss. (*See id.* at 2.) Defendants contend that the three additional pages are "necessary to address all of the legal issues raised by Plaintiff's complaint, and that reducing the length of the Memorandum would hamper Defendants' ability to explain the numerous reasons why the Court should grant their Motion to Dismiss." (*Id.*)

1 | Defendants' Motion, which was filed *ex parte*, does not indicate whether Defendants met and conferred with Plaintiff or informed her of their intent to file the instant Motion on an *ex parte* basis. In the future, all *ex parte* motions must to comply with Civil Local Rule 83.3(g)(2) and the undersigned's Standing Order for Civil Cases. Nonetheless, good cause appearing, the Court **GRANTS** Defendants' Motion. Accordingly, Defendants **MAY FILE** a memorandum in support of their anticipated motion to dismiss not to exceed <u>twenty-eight (28) pages</u>.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_____
Honorable Todd W. Robinson
United States District Court