UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SOUTER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL CARE BRANDS LLC and EDGEWELL PERSONAL CARE, LLC,<br><br>Defendants. | Case No.: 20-CV-1486 TWR (BLM)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>(ECF No. 46) |

Before the Court is Plaintiff's Motion for Leave to File Supplemental Authority. (ECF No. 46.) Good cause appearing, the Court **GRANTS** the motion. Plaintiff **MAY FILE** her proposed notice of supplemental authority, attached as Exhibits A and B to her motion.

**IT IS SO ORDERED.**

Dated: May 11, 2021

_____
Honorable Todd W. Robinson
United States District Court