

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauren Souter, individually, and on behalf of others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Edgewell Personal Care Company;<br>Edgewell Personal Care Brands, LLC;<br>Edgewell Personal Care, LLC<br><br>**Defendant.** | Civil Action No. 20-cv-01486-TWR-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Defendants' Motion and DISMISSES WITH PREJUDICE Plaintiff's first through third causes of action. Further, in this third iteration of her complaint, Plaintiff has not adequately alleged that Defendants breached an express warranty or committed a fraudulent act to establish a quasi-contract. The Court therefore GRANTS Defendant's Motion and DISMISSES WITH PREJUDICE the remaining state law claims. Case is closed.

Date: 9/6/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ T. Hernandez
T. Hernandez, Deputy